AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00326 |
| John-Everett Doling | ) Assigned to: Judge Upadhyaya, Moxila A. |
| | ) Assign Date: 10/16/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ___John-Everett Doling___,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 10/16/2024

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2024.10.16 12:52:23 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.     Moxila A. Upadhyaya  U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) __10/16/2024__, and the person was arrested on (date) __10/17/2024__
at (city and state) __GAINESVILLE, GA__.

Date: __10/17/2024__

_David Chr[...]_
*Arresting officer's signature*

David Elmadolar  DUSM
*Printed name and title*